1  Edgar Iván Aguilasocho (WSBA #57209)
   Charlotte Mikat-Stevens (WSBA #55765)
2  MARTINEZ AGUILASOCHO & LYNCH
   A Professional Law Corporation
3  P.O. Box 1998
   Bakersfield. CA  93303
4  Tel.: (661) 859-1174 | Fax: (661) 840-6154

5  Alyson Dimmitt Gnam (WSBA #48143)
   Jessica Erin Rehms (WSBA #57880)
6  NORTHWEST JUSTICE PROJECT
   300 Okanogan Avenue, Suite 3A
7  Wenatchee, WA  98801
   Tel.: (509) 664-5101 | Fax: (509) 665-6557
8
   *Attorneys for Plaintiffs*
9
10 [Additional Counsel Listed on Next Page]

The Hon. Rosanna Malouf Peterson

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EZEQUIEL BALDERRAMA; JOSE NOEL CEJA; JESUS GALLEGOS; CANDELARIO HERRERA; VICTOR LICONA; JOAQUIN MENDOZA; GENARO MORENO; and JORGE RAMIREZ, <br><br> Plaintiffs, <br><br> v. <br> MENSONIDES DAIRY, LLC; JEAN PIERRE FLORES; and DOES 1-10, <br><br> Defendants. | Case No: 1:20-CV-03069-RMP <br><br> **PARTIES' JOINT NOTICE OF SETTLEMENT** <br><br> The Hon. Rosanna Malouf Peterson <br><br> COMPLAINT FILED:  May 22, 2020 |

///

///

PARTIES' JOINT NOTICE OF SETTLEMENT – 1

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone:  (206) 695-5100
Facsimile:   (206) 689-2822

| | |
|---|---|
| 1 | Derek A. Bishop (WSBA #39363) |
| | David W. Silke (WSBA #23761) |
| 2 | GORDON REES SCULLY MANSUKHANI, LLC |
| | 701 Fifth Avenue, Suite 2100 |
| 3 | Seattle, WA 98104 |
| | Tel.: (206) 695-5131 | Fax.: (206) 689-2822 |
| 4 | |
| | *Attorneys for Defendant Mensonides Dairy, LLC* |
| 5 | |
| | Daniel P. Crowner (WSBA #37136) |
| 6 | Barry Alan Johnsrud (WSBA #21952) |
| | JACKSON LEWIS P.C. |
| 7 | 520 Pike Street, Suite 2300 |
| | Seattle, WA 98101 |
| 8 | Tel.: (206) 405-6411 |
| 9 | *Attorneys for Defendant Jean Pierre Flores* |

NOW COME the parties and notify the Court that a settlement has been reached as to all claims and all parties. The parties request an additional sixty (60) days to finalize the agreement before the case is dismissed with prejudice and without any additional fees to any party.

Respectfully submitted:

DATED: September 30, 2021    MARTINEZ AGUILASOCHO & LYNCH

By: _s/ Charlotte Mikat-Stevens_
    Edgar Iván Aguilasocho, WSBA #57209
    Charlotte Mikat-Stevens, WSBA #55765

NORTHWEST JUSTICE PROJECT

By: _s/ Alyson Dimmitt Gnam_
    Alyson Dimmitt Gnam, WSBA #48143
    Jessica Erin Rehms, WSBA #57880

*Attorneys for Plaintiffs*

PARTIES' JOINT NOTICE OF SETTLEMENT – 2

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

| | | |
|---|---|---|
| 1 | DATED: October 1, 2021 | GORDON REES SCULLY MANSUKHANI, LLP |
| 2 | | By: *s/ Derek A. Bishop* |
| 3 | | Derek A. Bishop, WSBA #39363 |
| | | David W. Silke, WSBA #23761 |
| 4 | | *Attorneys for Defendant Mensonides Dairy, LLC* |
| 5 | | |
| 6 | DATED: October 1, 2021 | JACKSON LEWIS P.C. |
| 7 | | By: *s/ Daniel P. Crowner* |
| 8 | | Daniel P. Crowner, WSBA #37136 |
| | | Barry Alan Johnsrud, WSBA #21952 |
| 9 | | *Attorneys for Defendant Jean Pierre Flores* |

PARTIES' JOINT NOTICE OF SETTLEMENT – 3

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

# CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following registered participants:

**Case 1:20-CV-03069-RMP Electronic Filing Notice List:**

- **Charlotte Mikat-Stevens**
  cmikatstevens@farmworkerlaw.com, info@farmworkerlaw.com
- **Edgar Iván Aguilasocho**
  eaguilasocho@farmworkerlaw.com, info@farmworkerlaw.com
- **Alyson Dimmitt Gnam**
  alysond@nwjustice.org, ivy.rosa@nwjustice.org, jessica.rehms@nwjustice.org
- **Jessica Erin Rehms**
  jessica.rehms@nwjustice.org
- **Daniel P. Crowner**
  daniel.crowner@jacksonlewis.com, daniel-crowner-4437@ecf.pacerpro.com, nani.vo@jacksonlewis.com, Sarah.Baker-Brown@jacksonlewis.com, seattledocketing@jacksonlewis.com
- **Barry Alan Johnsrud**
  barry.johnsrud@jacksonlewis.com, barry-johnsrud-8737@ecf.pacerpro.com, nani.vo@jacksonlewis.com, sarah.baker-brown@jacksonlewis.com, seattledocketing@jacksonlewis.com

DATED this 1st day of October, 2021.

*s/ Christine F. Zea*
Christine F. Zea, Legal Assistant

PARTIES' JOINT NOTICE OF SETTLEMENT – 4

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822