FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 12, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EZEQUIEL BALDERRAMA; CEJA NOEL JOSE; JESUS GALLEGOS; HERRERA CANDELARIO; VICTOR LICONA; JOAQUIN MENDOZA; GENARO MORENO; and JORGE RAMIREZ,<br><br>               Plaintiffs,<br><br>  v.<br><br>MENSONIDES DAIRY, LLC, a Washington limited liability corporation; JEAN PIERRE FLORES; and DOES 1-10,<br><br>               Defendants. | NO:  1:20-CV-3069-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is a Stipulated Motion to Dismiss with Prejudice, ECF No. 36. Having reviewed the Motion and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion to Dismiss with Prejudice, **ECF No. 36**, is **GRANTED**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. Plaintiffs' Complaint is dismissed **with prejudice** and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, enter a Judgment of Dismissal with Prejudice, and provide copies to counsel.

**DATED** November 12, 2021.

      *s/ Rosanna Malouf Peterson*
    ROSANNA MALOUF PETERSON
    United States District Judge