AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

EZEQUIEL BALDERRAMA; CEJA NOEL JOSE; JESUS GALLEGOS; HERRERA CANDELARIO; VICTOR LICONA; JOAQUIN MENDOZA; GENARO MORENO; and JORGE RAMIREZ,

    *Plaintiff*

v.

MENSONIDES DAIRY, LLC, a Washington limited liability corporation; JEAN PIERRE FLORES; and DOES 1-10,

    *Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 12, 2021**

SEAN F. McAVOY, CLERK

Civil Action No.  1:20-CV-3069-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Stipulated Motion to Dismiss with Prejudice (ECF No. 36) is GRANTED. Plaintiffs' Complaint is dismissed with prejudice and without fees or costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on a Stipulated Motion to Dismiss with Prejudice (ECF No. 36).

Date:  11/12/2021

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
        *(By) Deputy Clerk*
Lee Reams